United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PTC THERAPEUTICS, INC.,
Plaintiff,

v.

ACUREX BIOSCIENCES CORPORATION, et al.,
Defendants.

Case No. 25-cv-04594-AMO

**ORDER RE SEALING MOTIONS**

Re: Dkt. Nos. 91, 98, 105, 109

Now pending before the Court are four administrative motions to seal portions of filings related to Defendants' motion to dismiss the First Amended Complaint. *See* Dkt. Nos. 91, 98, 105, 109. In the Ninth Circuit, there is "a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Three different standards may govern a motion to seal, depending on the type of record at issue. For dispositive motions, and those that are "more than tangentially related to the underlying cause of action," a court applies the "compelling reason" standard. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1099 (9th Cir. 2016). For motions that are not more than tangentially related to the case's merits, the moving party need only show "good cause" to warrant sealing. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) ("In *Phillips*, we held that 'good cause' is also the proper standard when a party seeks access to previously sealed discovery attached to a nondispositive motion."). "A third standard covers the 'narrow range of documents' such as 'grand jury transcripts' and certain 'warrant materials' that 'traditionally [have] been kept secret for important policy reasons.'" *Id.* at n.4 (quoting *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)). Here, PTC moves to seal documents associated with a dispositive motion, and to seal portions of the First Amended complaint, so the "compelling

reasons" standard applies. *See, e.g.*, *In re Google Play Store Antitrust Litig.*, 556 F. Supp. 3d 1106, 1107 (N.D. Cal. 2021) (applying the "compelling reasons" standard to a motion to seal portions of a pleading).

The Court rules as follows with respect to the documents at issue:

**A. Dkt. No. 91**

| Document | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Party with Burden to Substantiate Need to Seal | Full or Partial Sealing Sought | GRANTED/ DENIED |
|---|---|---|---|---|---|
| Amended Complaint | 92 | 91-3 | Plaintiff | Highlighted portions at: ¶17 : Line 4 | GRANTED. |
| Amended Complaint | 92 | 91-3 | Plaintiff | Highlighted portions at: ¶47:25-27 | As to the phrase "or minor variations of it—and particularly those comprising the Proprietary Structural Motif", DENIED. Otherwise, GRANTED. |
| Amended Complaint | 92 | 91-3 | Plaintiff | Highlighted portions at: ¶79 (pages 21-23) | As to the references to the number of compounds containing the Proprietary Structural Motif, and the number tested for anti-ferroptotic activity, DENIED. Otherwise, GRANTED. |
| Amended Complaint | 92 | 91-3 | Plaintiff | Highlighted portions at: ¶80 | GRANTED. |
| Amended Complaint | 92 | 91-3 | Plaintiff | Highlighted portions at: ¶84(iii):4-5<br>¶84(iv):7-10 | GRANTED. |
| Amended Complaint | 92 | 91-3 | Plaintiff | Highlighted portions at: ¶88:3-4 | GRANTED. |
| Amended Complaint | 92 | 91-3 | Plaintiff | Highlighted portions at: ¶¶ 115:15-21; | As to the proposed redactions in paragraph 115, GRANTED. |

United States District Court
Northern District of California

| | | | | | |
|---|---|---|---|---|---|
| | | | | 116:22-23; 120:18-20; 121:1-5; 122:7-8; 123:11-12, and 125:21-23 | As to the proposed redactions in paragraph 116, GRANTED.<br><br>As to paragraph 120, redaction of the phrase "while identifying variations of the Proprietary Structural Motif and describing," DENIED. Otherwise, GRANTED.<br><br>As to the proposed redactions in paragraph 121, GRANTED.<br><br>As to the proposed redactions in paragraph 122, GRANTED.<br><br>As to the proposed redactions in paragraph 123, GRANTED.<br><br>As to the proposed redactions in paragraph 125, GRANTED. |
| Amended Complaint | 92 | 91-3 | Plaintiff | Highlighted portions at: ¶127:3-27 | GRANTED. |
| Amended Complaint | 92 | 91-3 | Plaintiff | Highlighted portions at: ¶129(a):18-19<br><br>¶129(b), p. 38:27; p. 39:4<br><br>¶129(c):8-9, 11, 15, 16-17<br><br>¶129(e):6 | GRANTED. |

These rulings also apply to the redlined version of the First Amended Complaint filed contemporaneously.

United States District Court
Northern District of California

**B. Dkt. No. 98**

| Document | Portion to be Sealed | GRANTED / DENIED |
|---|---|---|
| ECF No. 98-3 | Page 1: line(s) 22, 25<br>2:16-19,<br>5:22-23,<br>6:12-13, 17-20, 22-24, 25, 28,<br>7:1,<br>8:6-17, n.2<br>10:22, 27<br>11:6, 13-14, 16-20, 22<br>12:1-2, 4, 11-14<br>18:28<br>19:27 | As to pg. 1, redaction at line 22, DENIED. Otherwise, GRANTED.<br><br>As to pg. 2, GRANTED.<br><br>As to pg. 5, the phrase "or minor variations of it—and particularly those comprising the Proprietary Structural Motif—", DENIED.<br><br>As to pg. 6, the phrase "biological activity," DENIED. Otherwise, GRANTED.<br><br>As to pg. 7, the Court was not provided any highlighted proposed redactions. Therefore, DENIED.<br><br>As to pg. 8, the proposed redaction of the number 299 at line 6, DENIED. Otherwise, GRANTED.<br><br>As to pg. 10, DENIED.<br><br>As to pg. 11, the reference to "156 compounds" at line 6, DENIED. At lines 16-17, the phrase "nine out of 299 compounds," DENIED. Otherwise, GRANTED.<br><br>As to pg. 12, GRANTED.<br><br>As to pg. 18, DENIED.<br><br>As to pg. 19, GRANTED. |

United States District Court
Northern District of California

**C. Dkt. No. 105**

| Document | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Party with Burden to Substantiate Need to Seal | Full or Partial Sealing Sought | GRANTED/ DENIED |
|---|---|---|---|---|---|
| Opposition to Motion to Dismiss the FAC | 106 | 105-3 | Plaintiff | Partial | As to ECF pg. 25, the references to the number of compounds at lines 17, 19-21, at 23-24, DENIED. Otherwise, GRANTED as to the remaining proposed redactions across the filing. |

**D. Dkt. No. 109**

| Document | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Designating Party | Sealed Portions | GRANTED/ DENIED |
|---|---|---|---|---|---|
| Defendants' Reply in Support of the Motion to Dismiss the FAC | 108 | 109-3 | Plaintiff | Page 4: Lines: 16, 22, 28; Page 5: Line 4; Page 7: Lines 8-9, 22. | As to pg. 4, the proposed redaction at line 16, DENIED. Otherwise, GRANTED. As to pg. 5, DENIED. As to pg. 7, the proposed redaction at line 22, DENIED. Otherwise, GRANTED. |

United States District Court
Northern District of California

The parties shall file updated redacted versions of these filings in accordance with the above rulings by October 1, 2026.

**IT IS SO ORDERED.**

Dated: September 24, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**